NO. 07-12-0307-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

AUGUST 7, 2012
_____

RON VALENTINE,

Appellant

v.

THE STATE OF TEXAS,

Appellees
_____

FROM THE COUNTY COURT AT LAW NO. ONE OF TRAVIS COUNTY;

NO. C-1-CR-12-100013; HON. J. DAVID PHILLIPS, PRESIDING
_____

***ON ABATEMENT AND REMAND***
_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Ron Valentine appeals his conviction for disorderly conduct. The clerk's record was filed on July 12, 2012. A motion to proceed as an indigent was filed by appellant on August 1, 2012.

Accordingly, we abate this appeal and remand the cause to the County Court at Law No. One of Travis County (trial court) for further proceedings. Upon remand, the trial court shall immediately cause notice of a hearing to be given and, thereafter,

conduct a hearing to determine whether appellant is entitled to the appointment of counsel per Texas Code of Criminal Procedure art. 26.04(c).

The trial court is also directed to enter such orders necessary to address the aforementioned question. So too shall it include its findings on this matter (including the name, address, and phone number of any attorney it may appoint to represent appellant in this appeal) in a supplemental record and cause that record to be filed with this court by September 6, 2012. Should further time be needed to perform these tasks, then same must be requested before September 6, 2012.

It is so ordered.

Per Curiam

Do not publish.